227 So.2d 147

**CAR CITY INSURANCE COMPANY and Robert F. Frazier**

**v.**

**MISSOURI PACIFIC RAILROAD COMPANY et al.**

No. 50058.

Oct. 23, 1969.

In re: Missouri Pacific Railroad Company et al. applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Allen. 224 So.2d 182.

Writ refused. The judgment is not final.

∎

227 So.2d 147

**Azema LeBlanc HEBERT et al.**

**v.**

**SUN OIL COMPANY et al.**

No. 50059.

Oct. 23, 1969.

In re: Azema LeBlanc Hebert et al. applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Lafayette. 223 So.2d 897.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.